IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § § | CRIMINAL NO. 4:18-CR-200-ALM-KPJ |
| TONY HOWARD | § § § | |

**REPORT AND RECOMMENDATION
OF UNITED STATES MAGISTRATE JUDGE**

Pending before the Court is the Government's request for revocation of Defendant's supervised release. After the District Court referred the matter to this Court for a report and recommendation, the Court conducted a hearing on May 6, 2024, to determine whether Defendant violated his supervised release. Defendant was represented by Federal Public Defender Brian O'Shea. The Government was represented by Assistant United States Attorney Chalana Oliver.

On July 23, 2019, United States District Judge Amos L. Mazzant, III, sentenced Defendant to a term of fifty-two months imprisonment followed by three (3) years of supervised release. *See* Dkt. 39 at 1. On June 24, 2022, Defendant completed his term of imprisonment and began serving his term of supervision. *See id.*

On December 19, 2023, the U.S. Probation Officer filed the Petition for Warrant or Summons for Offender Under Supervision (the "Petition") (Dkt. 39), alleging Defendant violated four conditions of supervised release. *See id.* at 1–2. The Petition asserts Defendant violated the following conditions of supervision: (1) Defendant must not commit another federal, state, or local crime; (2) Defendant must not unlawfully possess a controlled substance; (3) Defendant must refrain from any unlawful use of a controlled substance; and (4) Defendant must participate in a

1

program of testing and treatment for substance abuse and follow the rules and regulations of that program until discharged. *Id.*

    The Petition asserts Defendant violated the foregoing conditions as follows:

(1)–(2)  On December 12, 2023, officers with the Cooke County Sheriff's Department conducted a traffic stop on a vehicle for speeding. Contact was made with the driver who identified as Defendant. The officers noticed that Defendant and his female passenger appeared to be nervous and were shaking. The officers detected a noticeable sent [sic] of marijuana emitting from the vehicle. The officers asked Defendant for consent to search the vehicle, to which Defendant declined and stated "no." Deputies were called to the scene and deployed a K9 which alerted to the vehicle and gave the deputies probable cause to search the vehicle and occupants.

    As a deputy was conducting a search of the vehicle, he was informed by another deputy that Defendant had advised him he had methamphetamine in his possession and gave the deputy a clear bag with a white crystal-like substance. The substance was tested, showed positive for methamphetamine, and weighed approximately 0.5 grams.

    Defendant was arrested and charged with possession of a controlled substance— methamphetamine PG1/1-B<1G. On December 13, 2023, Defendant posted a $7,500.00 bond and was released. This case remains pending in the District Court for Cooke County.

(3)  On December 5, 2023, Defendant submitted a urine specimen at the U.S. Probation Office in Plano, Texas which was positive for methamphetamine, amphetamine, marijuana, and MD3. Defendant admitted in writing to using methamphetamine and marijuana. Alere Labs only confirmed the specimen positive for D-Methamphetamine at 99%.

    On December 7, 2023, Defendant submitted a urine specimen at McCary Counseling Service in Denton, Texas which was positive for methamphetamine. This was confirmed positive for D-Methamphetamine at 99% by Alere Labs.

(4)  On September 6, 2022, and April 18, 2023, Defendant failed to submit a random drug test at McCary Counseling Services, Denton, Texas, as part of the U.S. Probation Office's random drug testing program.

    On September 6, 2022, and April 18, 2023, Defendant failed to attend substance abuse group counseling at McCary Counseling Services, Denton, Texas.

    On May 6, 2024, the Court conducted a final revocation hearing on the Petition. *See* Minute

Entry for May 6, 2024. Defendant entered a plea of true to allegations three and four, consented to

revocation of his supervised release, and waived his right to object to the proposed findings and recommendations of the undersigned. *See id.*; Dkt 50. The Government moved to withdraw allegation one and two, which the Court granted. *See* Minute Entry for May 6, 2024. The Court finds Defendant violated the terms of his supervised release, and thus, his supervised release should be revoked.

## RECOMMENDATION

Pursuant to the Sentencing Reform Act of 1984, and having considered the arguments presented at the May 6, 2024 hearing, the Court recommends that Defendant be committed to the custody of the Bureau of Prisons to be imprisoned for a term of thirteen (13) months, to run consecutive to any other term of imprisonment, with no supervised release to follow. The Court further recommends Defendant be placed at FMC Fort Worth in Fort Worth, Texas, if appropriate.

**So ORDERED and SIGNED this 6th day of May, 2024.**

_____
KIMBERLY C. PRIEST JOHNSON
UNITED STATES MAGISTRATE JUDGE